| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>RICHARDS CARRINGTON LLC<br>Douglas I. Richards, Esq.<br>1700 Lincoln Street Suite 3400<br>Denver, CO 80203<br>   *Telephone No:* (303) 962-2690<br>   *Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
USDC-District of Colorado

*Plaintiff:* Ariella Asher aka Yella the Triple Threat
*Defendant:* Destiny Hope Cyrus aka Miley Cyrus, et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>18-cv-2288-WYD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint and Jury Demand, Consent/Non-Consent to the Exercise of Jurisdiction by a United States Magistrate Judge, Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, Order Setting Scheduling/Planning Conference

3. a. Party served:     Jordan Houston aka Juicy J
   b. Person served:   Jordan Houston aka Juicy J , served under F.R.C.P. Rule 4.

4. Address where the party was served:   19110 Marlia Court, Tarzana, CA 91356

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Sep 24 2018 (2) at: 05:36 PM

6. **Person Who Served Papers:**
   a. Sarkis Arabyan (201387036, Los Angeles)             d. *The Fee* for Service was:
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

09/25/2018                                                                 *[signature]*
   (Date)                                                                    (Signature)



PROOF OF SERVICE

2662697
(310057)