AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-CV-2288-WYD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **MICHAEL LEEN WILLIAMS II, etc.** was received by me on *(date)* **9-24-18**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **SHIRLEY WILLIAMS Mother & co-resident**, a person of suitable age and discretion who resides there, on *(date)* **10/3/18 @ 12:35pm**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **10-8-18**

*Server's signature* (signed) Jean Nichols

**JEAN NICHOLS, Process Server**
*Printed name and title*

**PO Box 7710, Atlanta GA 30357**
*Server's address*

Additional information regarding attempted service, etc:
Served at 8915 Pinehurst Cove, Duluth GA 30097. Ms. Williams is a black female in her 60's, 5'6", 185lbs with black hair and glasses.