UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
ARIELLA ASHER a.k.a. YELLA THE TRIPLE : Case No. 1:18-cv-02288
THREAT, an individual, :
:
Plaintiff, : **NOTICE OF APPEARANCE**
:
-against- :
:
:
DESTINY HOPE CYRUS a.k.a. MILEY CYRUS, :
an individual; MICHAEL LEN WILLIAMS II :
a.k.a. MIKE WILL MADE IT/MIKE WILL :
MADE-IT/MIKE WILL, an individual; JORDAN :
HOUSTON a.k.a. JUICY J, an individual; :
CAMERON JIBRIL THOMAZ a.k.a. WIZ :
KHALIFA, an individual d/b/a WIZ KHALIFA :
PUBLISHING; THERON THOMAS, an :
individual; TIMOTHY THOMAS, an individual; :
PIERRE RAMON SLAUGHTER, a.k.a. P- :
NASTY/P NASTY/P NAZTY/P- :
NAZTY/PNAZTY, an individual; TOLUCA LAKE :
TOURS, INC., a Tennessee corporation; SMILEY :
MILEY, INC., a Tennessee corporation; :
EARDRUMMERS MUSIC PUBLISHING LLC, a :
Georgia limited liability company; HOUSTON & :
ASSOCIATES LLC, a California limited liability :
company; BLACKGROUND-INTERSCOPE :
RECORDS, LLC, a Delaware limited liability :
company; UNIVERSAL MUSIC GROUP, INC., a :
Delaware corporation; UNIVERSAL MUSIC :
PUBLISHING, INC., a California corporation; :
WARNER-TAMERLANE PUBLISHING CORP., :
a California corporation; SOUNDS FROM :
EARDRUMMERS LLC, a Georgia limited liability :
company; WB MUSIC CORP., a California :
corporation; BMG Rights Management, LLC, a :
Delaware limited liability company; and :
Does 1-5, :
:
:
Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

2

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance on behalf of Defendants Michael Len Williams II p.k.a. Mike Will Made It, Cameron Jibril Thomaz p.k.a. Wiz Khalifa, Pierre Ramon Slaughter p.k.a. P-Nasty, Warner-Tamerlane Publishing Corp., and WB Music Corp, and requests that copies of all notices and other papers in this case be sent to:

>Ilene Farkas
>Pryor Cashman LLP
>7 Times Square
>New York, New York 10036
>E-mail address:  ifarkas@pryorcashman.com

Dated: New York, New York
      October 22, 2018                      PRYOR CASHMAN LLP

                                           By:  *s/ Ilene Farkas*
                                               Ilene Farkas
                                               7 Times Square
                                               New York, New York  10036
                                               (212) 421-4100
                                               *Attorneys for Defendants Michael Len Williams II p.k.a. Mike Will Made It, Cameron Jibril Thomaz p.k.a. Wiz Khalifa, Pierre Ramon Slaughter p.k.a. P-Nasty, Warner-Tamerlane Publishing Corp., and WB Music Corp.*