UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.  18-cv-02288-WYD-NRN**

ARIELLA ASHER a.k.a. YELLA THE TRIPLE THREAT, an individual,

    Plaintiff,

v.

DESTINY HOPE CYRUS a.k.a. MILEY CYRUS, an individual;
MICHAEL LEN WILLIAMS II a.k.a. MIKE WILL MADE IT / MIKE WILL MADE-IT / MIKE WILL an individual;
CAMERON JIBRIL THOMAZ a.k.a. WIZ KHALIFA, an individual d/b/a WIZ KHALIFA PUBLISHING;
THERON THOMAS, an individual;
TIMOTHY THOMAS, an individual;
PIERRE RAMON SLAUGHTER, a.k.a. P-NASTY / P NASTY / P NAZTY / P-NAZTY / PNAZTY an individual;
TOLUCA LAKE TOURS, INC., a Tennessee corporation;
SMILEY MILEY, INC., a Tennessee corporation;
EARDRUMMERS MUSIC PUBLISHING LLC, a Georgia limited liability company;
UMG RECORDINGS, INC., a Delaware corporation;
SONGS OF UNIVERSAL, INC., a California corporation;
WARNER-TAMERLANE PUBLISHING CORP, a California corporation;
SOUNDS FROM EARDRUMMERS LLC; a Georgia limited liability company
WB MUSIC CORP., a California corporation;
BMG RIGHTS MANAGEMENT (US) LLC, a Delaware limited liability company; and
DOES 1-5.

    Defendants.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

1

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ariella Asher voluntarily dismisses without prejudice the above-captioned action against all Defendants. This Notice of Dismissal without Prejudice is being filed with the Court before service by any of the Defendants of either an answer or a motion for summary judgment.

Dated this 14th day of November, 2018.

Respectfully submitted,

By: */s/ Douglas I. Richards*
Douglas I. Richards
doug@richardscarrington.com
RICHARDS CARRINGTON, LLC
1700 Lincoln Street, Suite 3400
Denver, Colorado 80203
Telephone:  303-962-2690
Facsimile:   303-962-2691

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2018, a true and correct copy of the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** was served via CM/ECF and/or electronic mail upon the following:

Felicity Kohn
Ilene Farkas
Pryor Cashman LLP
fkohn@pryorcashman.com
ifarkas@pryorcashman.com

*Attorneys for Defendants, Michael Len Williams II p.k.a. Mike Will Made It, Cameron Jibril Thomaz p.k.a. Wiz Khalifa, Pierre Ramon Slaughter p.k.a. P-Nasty, Eardrummers Music Publishing LLC, Warner-Tamerlane Publishing Corp., Sounds from Eardrummers LLC and WB Music Corp.*

David Aronoff
Michael Beylkin
Fox Rothschild LLP
daronoff@foxrothschild.com
mbeylkin@foxrothschild.com

*Attorneys for Defendants Miley Ray Cyrus, Smiley Miley, Inc., Toluca Lake Tours, Inc., Songs of Universal, Inc.*

Robert A. Jacobs
Maura K. Gierl
rjacobs@manatt.com
mgierl@manatt.com

*Attorneys for Defendant BMG Rights Management (US) LLC*

JoAn Cho
Universal Music Group
joan.cho@umusic.com

*Attorneys for Defendant UMG Recordings, Inc.*

              *s/ Dyanna Spicher*
              Dyanna Spicher, Paralegal